# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **CALIFORNIA**

FILED
MAR 06 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

**UNITED STATES OF AMERICA**
**v.**

**STORMY MOLLISSA AVERS aka STORMY MYERS**

**(Name and Address of Defendant)**

## CRIMINAL COMPLAINT

CASE NUMBER:

2:13-MJ-070 CKD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Sacramento County, in the Eastern District of California defendant did,

- **Any parent, legal guardian, or person having custody or control of a minor who knowingly permits such minor to engage in, or to assist any other person to engage in, sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct shall be punished as provided under subsection (e) of this section, if such parent, legal guardian, or person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.**

in violation of **Title 18, United States Code, Section 2251(b)**. I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

- **See Attached Affidavit of Special Agent Nicholas Phirippidis**

X Continued on the attached sheet and made a part hereof.

Signature of Complainant NICHOLAS PHIRIPPIDIS
Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

March 6, 2013 at Sacramento, California

Date | City and State

CAROLYN K. DELANEY

United States Magistrate Judge

Name and Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Nicholas G. Phirippidis, being duly sworn, depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since November 2007.

2. This Affidavit is made in support of an application for an arrest warrant for Stormy Mollissa Avers, also known as Stormy Myers, date of birth March 31, 1980 (hereinafter "SUBJECT").

3. I believe that there is probable cause to believe that the SUBJECT has violated 18 U.S.C. § 2251 (b), which makes it a crime for any parent, legal guardian, or person having custody or control of a minor who knowingly permits such minor to engage in, or to assist any other person to engage in, sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct shall be punished as provided under subsection (e) of this section, if such parent, legal guardian, or person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

4. I am familiar with the information contained in this Affidavit based upon my experience and training, my conversations with other law enforcement officers who have engaged in numerous investigations involving child

pornography, my participation with this specific investigation, and conversations with Case Agent in this matter, Special Agent Scott Schofield.

5. Because this Affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violation(s) of 18 U.S.C. §§ 2251 (b) have been committed by the SUBJECT. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

**The Internet and Definitions of Technical Terms Pertaining to Computers**

6. As part of my training, I have become familiar with the Internet (also commonly known as the World Wide Web), which is a global network of computers[1] and other electronic devices that communicate with each other using various means, including standard telephone lines, high-speed telecommunications links (e.g., copper and fiber optic cable), and wireless transmissions including satellite. Due to the structure of the Internet, connections between computers on the Internet routinely cross state and international borders, even when the computers communicating with each other are in the same state. Individuals and entities use the Internet to gain access to a wide variety of information; to send information to, and receive information from, other individuals; to conduct commercial transactions; and to communicate via electronic mail ("e-mail"). An individual who wants to use Internet e-mail must first obtain an account with a computer that is linked to the Internet (through a university, an employer, or a commercial service such as an "Internet Service Provider" or "ISP" [see definition of

[1] The term "computer" is defined by 18 U.S.C. § 1030 (e) (1) to mean "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator, or other similar device."

"Internet Service Provider" below]). Once the individual has accessed the Internet, that individual can use Internet mail services, including sending and receiving e-mail. In addition, the individual can visit web sites (see definition of "web sites" below), and make purchases on the web sites.

7. Set forth below are some definitions of technical terms, used throughout this Affidavit, and in Attachments A and B, hereto, pertaining to the Internet and computers more generally.
    a. Computer system and related peripherals, and computer media: As used in this Affidavit, the terms "computer system and related peripherals, and computer media" refer to tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drives and other computer-related operation equipment, digital cameras, scanners, in addition to computer photographs, and other visual depictions of such Graphic Interchange formats, including but not limited to, JPG, GIF, TIF, AVI, and MPEG.
    b. Digital device: includes any electronic system or device capable of storing and/or processing data in digital form, including central processing units; laptop or notebook computers; tablets computers and personal digital assistants; wireless communication devices such as telephone paging devices, beepers, and mobile telephones, including internet capable smart phones; peripheral input/output devices such as keyboards, printers, scanners, plotters, monitors, and drives intended for removable media; related communications devices such as modems, cables, and connections; storage media such as hard disk

drives, floppy disks, compact disks, magnetic tapes, and memory chips; and security devices.

c. Hash value: A mathematical algorithm generated against data to produce a numeric value that is representative of that data. A hash value may be run on media to find the precise data from which the value was generated. Hash values cannot be used to find other data.

d. Image or copy: An accurate reproduction of information contained on an original physical item, independent of the electronic storage device. "Imaging" or "copying" maintains contents, but attributes may change during the reproduction.

e. Internet Protocol Address (IP address): Every computer or device on the Internet is referenced by a unique Internet Protocol address the same way every telephone has a unique telephone number. An IP address is a series of four numbers separated by a period, and each number is a whole number between 0 and 254. An example of an IP address is 192.168.10.102. Each time an individual accesses the Internet, the computer from which that individual initiates access is assigned an IP address. A central authority provides each ISP a limited block of IP addresses for use by that ISP's customers or subscribers. Most ISP's employ dynamic IP addressing, that is they allocate any unused IP addresses at the time of initiation of an Internet session each time a customer or subscriber accesses the Internet. A dynamic IP address is reserved by an ISP to be shared among a group of computers over a period of time. The ISP logs the date, time, and duration of the Internet session for each IP address and can identify the user of that IP address for such a session from these records. Typically, users who sporadically access the Internet via a dial-up modem will be assigned an IP address from a pool of IP addresses for the duration of each dial up session. Once the session ends, the IP address is available for the next dial up customer. On the

other hand, some ISP's, including most cable providers, employ static IP addressing, that is a customer or subscriber's computer is assigned one IP address that is used to identify each and every Internet session initiated through that computer. In other words, a static IP address is an IP address that does not change over a period of time and is typically assigned to a specific computer.

f. Log file: Log files are records automatically produced by computer programs to document electronic events that occur on computers. Computer programs can record a wide range of events including remote access, file transfers, logon/logoff times, and system errors. Logs are often named based on the types of information they contain. For example, web logs contain specific information about when a Web site was accessed by remote computers; access logs list specific information about when a computer was accessed from a remote location; and file transfer logs list detailed information concerning files that are remotely transferred.

g. Malicious Software ("malware"): Software designed to infiltrate a computer without the owner's informed consent. The expression is a general term used by computer professionals to mean a variety of forms of hostile, intrusive, or annoying software or program code. Software is considered malware based on the perceived intent of the creator rather than any particular features. Malware includes computer viruses, worms, trojan horses, most rootkits, spyware, dishonest adware, crimeware, and other malicious and unwanted software.

h. Metadata: Data contained in a file that is not usually associated with the content of a file but is often associated with the properties of the application or device that created that file. For example, a digital camera photograph often has hidden data that contains information

identifying the camera that manufactured it and the date the image was taken.

i. Steganography: Art and science of communicating in a way that hides the existence of the communication. It is used to hide a file inside another. For example, a child pornography image can be hidden inside another graphic image file, audio file, or other file format.

j. Uniform Resource Locator (URL): The address of a resource or file located on the Internet, also called a "domain name".

**Probable Cause to Arrest the SUBJECT**

8. In January 2013, an investigation was conducted regarding Jason Wymer, a resident of Citrus Heights, California. Wymer was communicating via text message with a UCE who purported to be an 8 year old girl. Wymer participated in sexually explicit text messages with the UCE, including requesting that the UCE's 8 year old persona call Wymer's cellular phone and leave a sexually explicit voicemail. Wymer requested these voice mails on multiple occasions and each time he told the "girl" what to say on the voice mails.

9. A search warrant issued by a Sacramento County Court Judge seeking evidence of Transfer of Obscene Matter to a Minor and Enticement of a Minor. During this search, Wymer was interviewed and several items of evidence were seized, including a Compaq desktop computer tower.

10. Wymer admitted during the interview that he received child pornography via email. However, he denied having any sexual contact with a minor.

11. Wymer was interviewed again the following day. During this interview, Wymer admitted to molesting a minor girl he estimated to be five years old in October 2010. Wymer stated that he had been at a party in

Sacramento, California, within the Eastern District of California, when a woman named Stormy (Wymer did not recall her last name) led Wymer and two other adult males to a back room. While in the back room, Wymer touched the girl's vagina and moved his finger up and down. Wymer also watched as Stormy LNU performed oral sex on her young daughter.

12. During the preview of Wymer's Compaq computer on the day of the search, Child Pornography was observed. The Case Agent, Special Agent (SA) Scott Schofield ordered the preview stopped and the computer was seized pending a search warrant for evidence of possession and receipt of child pornography.

13. A Federal Search Warrant seeking evidence of possession and receipt of child pornography was obtained on March 1, 2013, issued by the Honorable Magistrate Judge Carolyn K. Delaney. Pursuant to this warrant, SA Schofield reviewed the hard disk drive from Wymer's Compaq computer. This hard disk drive was manufactured in China.

14. During this review, SA Schofield found images within the "My Pictures" folder under the User account titled "Jason." These images appeared to have been taken by a digital camera and each image had a time and date stamp. These images began chronologically in 2008. SA Schofield found images dated October 2010 showing a pre-pubescent girl lying nude on her back (hereinafter "Juvenile Victim 1" or "JV1")). One image showed an adult finger on JV1's vagina. Another image showed Wymer holding the girl's legs apart with his tongue less than an inch from JV1's vagina. There were also several photos showing a woman (later identified as Stormy Avers) performing oral sex on the girl. SA Schofield also observed photos showing adult hands holding a cylindrical object against JV1's vagina.

15. Using the photo properties viewer built in to Windows 7, SA Schofield found that all of the photos in this folder were taken using a Nikon CoolPix L16 camera. A search of the internet revealed that the bulk of Nikon's manufacturing takes place in Thailand, with the CoolPix line of cameras also being manufactured in China.

16. Also seized from Wymer's residence during the initial search warrant was a pad of paper with various notes handwritten on it. Among these notes was the name "Stormy" with the phone number **(530) xxx-3786**. A search of open source databases revealed a **Stormy Avers,** possibly residing in Rancho Cordova, California associated with this phone number. An additional address in Colfax, California was also discovered using open source database records.

17. California Department of Motor Vehicles information revealed that Stormy Avers had a date of birth of March 31, 1980. The driver's license photo matched the photo taken from Wymer's computer of Avers performing oral sex on JV1.

18. On ~~May~~ March 6, 2013, Agents identified JV1. The victim is currently in kindergarten, and approximately 5 years old.

19. On ~~May~~ March 6, 2013, Agents executed a Probable Cause arrest of **Stormy Avers** outside of her residence in Colfax, California. I was present during the arrest and can verify that **Stormy Avers** appears to be the woman performing oral sex on JV1.

/////

/////

## Conclusion

20. Based upon the above information, there is probable cause to believe that the SUBJECT has committed violation(s) of 18 U.S.C. § 2251 (b), which makes it a crime for any parent, legal guardian, or person having custody or control of a minor who knowingly permits such minor to engage in, or to assist any other person to engage in, sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct shall be punished as provided under subsection (e) of this section, if such parent, legal guardian, or person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

/////

/////

/////

/////

/////

21. Based upon the foregoing, this Affiant respectfully requests that this Court issue an arrest warrant and criminal complaint for the SUBJECT.

NICHOLAS G. PHIRIPPIDIS
Special Agent, Federal Bureau of Investigation

Approved as to form.

KYLE REARDON
Assistant United States Attorney

Subscribed and sworn to before me
this 6th day of March 2013

CAROLYN K. DELANEY
United States Magistrate Judge
Eastern District of California
Sacramento, California