**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Stormy Avers aka Stormy Myers

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| United States of America, | Case No.:  Cr.S-13-86-MCE |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| vs. | |
| Stormy Mollissa Avers, aka Stormey Myers | |
| Defendants | **DATE: December 10, 2015** |
| | **TIME:  9:00 a.m.** |
| | **JUDGE:  Hon. Morrison C. England, Jr** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1.       By previous order, this matter was set for status conference on December 10, 2015.

2.     By this stipulation, defendant Stormy Avers now moves to continue the status conference until January 14, 2016 and to exclude time between December 10, 2015 and January 14, 2016 under Local Code T4.  Plaintiff does not oppose this request.

3.     The parties agree and stipulate and request that the Court find the following:

a.     The parties have agreed upon a resolution of the charges against the defendant.

b.     The reasons for this continuance are to allow the United States Attorney's Office additional time to obtain the needed Writ of Habeas Corpus ad Prosecuendum, since defendant is currently in state custody, and further, to finalize the plea agreement.

c.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

d.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 10, 2015 to January 14, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:      December 14, 2015              BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Matthew Morris
                                          by Jan David Karowsky with
                                          Mr. Morris's approval

                                    by

                                          Matthew Morris
                                          Assistant U.S. Attorney

DATED:      December 14, 2015              JAN DAVID KAROWSKY
                                          Attorney at Law
                                          A Professional Corporation

                                          /s/ Jan David Karowsky

                                    by

                                          JAN DAVID KAROWSKY
                                          Attorney for Defendant
                                          Stormy Avers

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.  Time from the date of the parties stipulation, up to and including January 14, 2016, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the December 10, 2015 status conference is continued until January 14, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  December 14, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 4 -