## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

          v.                            CR NO: 2:13-CR-00086 GEB

**STORMY MOLLISSA AVERS**
*AKA* STORMY MYERS

                Defendant.

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee: **STORMY MOLLISSA AVERS**

Detained at: Sacramento County Jail

Detainee is:
- a.) ☐ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
  charging detainee with: _____
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [on FRIDAY MARCH 25, 2016] in the Eastern District of California.*

Signature: /s/ Matthew G. Morris
Printed Name & Phone No: AUSA MATTHEW G. MORRIS 916-554-2771
Attorney of Record for: United States of America

### WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**on FRIDAY MARCH 25, 2016**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 11, 2016

                Honorable Edmund F. Brennan
                U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | STORMY MYERS | ☐ Male ☒ Female | |
| Booking or CDC #: | 09788293 | DOB: | 03/03/1980 |
| Facility Address: | 651 "I" Street, Sacramento Ca 95814 | Race: | |
| Facility Phone: | 916-874-5111 | FBI#: | |
| Currently | In custody | | |

### RETURN OF SERVICE

Executed on: _____

                (signature)