ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00086-DAD |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE; ORDER |
| v. | |
| STORMY AVERS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.    The defendant filed a motion for reduction in sentence pursuant to 18 U.S.C. 3582(c)(2) on April 22, 2024.  Docket No. 120.  On April 20, 2026, through counsel, Avers filed a supplement in support of the pending motion for sentence reduction.  Docket No. 125.  On April 24, 2026, the government filed an unopposed motion to for extension of time to June 5, 2026, to file its response. Docket No. 126.  That motion appears to be pending.

2.    Counsel for the government requests additional time to obtain additional relevant records and draft the government's response to the defendant's motion.  The defendant does not oppose the government's request.

3.    Accordingly, by this stipulation, the parties jointly request that the Court reset the government's response date as follows:

STIPULATION RE BRIEFING SCHEDULE

1

a)      The government's response to the defendant's motion to be filed on or before July 6, 2026;

IT IS SO STIPULATED.

Dated:  June 5, 2026                                  ERIC GRANT
                                                      United States Attorney


                                                      /s/ HEIKO P. COPPOLA
                                                      HEIKO P. COPPOLA
                                                      Assistant United States Attorney


Dated:  June 5, 2026                                  /s/ JAN KAROWSKY
                                                      JAN KAROWSKY
                                                      Counsel for Defendant
                                                      STORMY AVERS


**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the government's response:

a)      The government's response to the defendant's motion, Docket Nos. 120, 125, is due on or before July 6, 2026;

IT IS SO ORDERED.

Dated:    **June 5, 2026**                  _____
                                            DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE


STIPULATION RE BRIEFING SCHEDULE                           2