**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
2701 Del Paso Road, Ste. 130-276
Sacramento, CA 95835-2305
KarowskyLaw@sbcglobal.net
(916) 402-8223

Attorney for Defendant
Stormy Molissa Avers

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Stormy Avers,<br><br>Defendant | Case No. 2-13-cr-00086-2-DAD<br><br>**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A REPLY TO THE GOVERNMENT'S OPPOSITION TO THE SUPPLEMENT TO THE *PRO SE* MOTION FOR COMPASSIONATE RELEASE/REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. § 3582 (c)(1)(A)** |

Stormy Avers, by and through her attorney of record, Jan David Karowsky, hereby requests an extension to August 7, 2026, within which to file her reply to the government's opposition to the motion for sentence reduction pursuant to 18 U.S.C. § 3582(C)(1)(A). Dkt Nos. 121, 125. This motion is based on the attached declaration of Jan David Karowsky.

Dated: July 10, 2026

Respectfully submitted,

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation

By: /s/ Jan Karowsky
**JAN DAVID KAROWSKY**
Attorney for Stormy Avers

## DECLARATION

I, Jan David Karowsky, declare under penalty of perjury that foregoing is true and correct and as to those matters alleged on information and belief, I believe them to be true. Executed on July 10, 2026 at Sacramento County, California.

/s/ Jan Karowsky

On July 6, 2026 the government filed its opposition to the Supplement to the *Pro Se* Motion for Compassionate Release. Dkt. No. 129. Pursuant to Local Rule 430.1(f), "Any reply shall be served and filed not more than 4 days after the opposition is due." That would mean Ms. Avers' reply would be due on July 10, 2026.

I need more time in order to provide effective assistance of counsel to my client. Immediately upon receipt of the opposition, I printed and mailed it to my client who is housed at FMC-Carswell in Ft. Worth, Texas. I need a reasonable amount of time to consult with my client after she receives, reads, and understands the government's opposition; determine if I need additional information or exhibits; time to draft the reply; and then a bit more time to review my reply pleading with my client.

I have discussed the need for additional time with AUSA Heiko Coppola who has indicated he has no opposition to extending the time within which the plaintiff can file a reply brief for thirty days.

Therefore, out of an abundance of caution, I am asking that the reply brief be due on or before August 7, 2026.

Dated: July 10, 2026 Respectfully submitted,

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation

By: /s/ Jan Karowsky
**JAN DAVID KAROWSKY**
Attorney for Stormy Avers

**ORDER**

**GOOD CAUSE APPEARING,** it is hereby ordered that plaintiff's reply brief shall be filed on or before August 7, 2026.

IT IS SO ORDERED.

Dated: **July 10, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE